# First District Court of Appeal
## State of Florida

_____

No. 1D18-0683
_____

CLAUDE R. RATLIFF, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

January 30, 2019


PER CURIAM.

   AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Loren D. Rhoton of Loren D. Rhoton, P.A., Tampa, for Appellant.

Ashley B. Moody, Attorney General, and Jennifer J. Moore, Attorney General, Tallahassee, for Appellee.